**IN THE MATTER OF THE ESTATE OF KATHERINE A. DAVIS, DECEASED.**

*Messrs. Merrey & Merrey* for the petitioner.

*Messrs. Watson, Hengeveld & Miller* and *Mr. Sidney Dincin* for the respondents.

February 11, 1963.   Denied.

**STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,   v. FLORENCE B. JOHNSON, DEFENDENT-RESPONDENT.**

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the petitioner.

*Messrs. Toner, Crowley, Woelper & Vanderbilt, Mr. Jay E. Bailey, Mr. Herman D. Michels* and *Mr. Alan W. Kempler* for the respondent.

February 11, 1963.   Granted.